IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ISSISSIPPI
NORTHERN DIVISION

SENORA M. SMITH                                                                 PLAINTIFF

V.                                                          CASE NO.: 3:17-CV-598 HTW-FKB

NANCY A. BERRYHILL                                                              DEFENDANT
Acting Commissioner of Social Security

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

This matter comes before the court pursuant to the Report and Recommendation of United States Magistrate Judge F. Keith Ball [doc. no. 30]. The Plaintiff has filed written objections to the Report and Recommendation [doc. no. 31]. Based upon the evidence contained in the Magistrate Judge's Report and Recommendation, this court having additionally given full consideration to the aforesaid Objection, finds the Objection not well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge **[doc. No. 30]** is hereby adopted as the order of this court. Defendant's Motion to Affirm the Commissioner's Decision **[doc. no. 26]** is granted. Plaintiff's social security appeal is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 28th day of February, 2020.

                                                                s/ HENRY T. WINGATE
                                                          UNITED STATES DISTRICT JUDGE